IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEWTEK BUSINESS SERVICES CORP., | |
| Plaintiff, | Civil Action No. 22-878-GBW |
| v. | |
| NEWITY LLC, | |
| Defendant. | |

## NOTICE OF SERVICE

Defendant, NEWITY LLC, by and through its undersigned counsel, hereby gives notice that on January 13, 2023, a copy of DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1) was served on the following attorneys:

**By Email:**

Thomas Francella
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
tfrancella@cozen.com

Camille M. Miller
Melanie A. Miller
Madison McNulty
Cozen O'Connor
One Liberty Place, 1650 Market Street
Philadelphia, PA 19103
cmiller@cozen.com
mmiller@cozen.com
mmcnulty@cozen.com

Dated: January 13, 2023

Respectfully submitted,

ROGOWSKI LAW LLC

By: /s/ *Patricia S. Rogowski*
Patricia Smink Rogowski, Del. Bar ID #2632
501 Silverside Road, Suite 11
Silverside Carr Executive Center
Wilmington, DE 19809
Tel: (302) 893-0048
pat@rogowskilaw.com

MERTZEL LAW PLLC

Nancy J. Mertzel
5 Penn Plaza, 19th Floor
New York, NY 10001
Tel:  (646) 965-6900
nancy@mertzel-law.com

*Attorneys for Defendant, Newity LLC*